# Court of Appeals
# of the State of Georgia

ATLANTA,___August 28, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0003.  DAVID T. WEBLEY v. EVERBANK.**

This case began as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant David T. Webley appealed the magistrate court's decision to the superior court.  The superior court entered judgment in favor of Everbank. Webley has appealed that order directly to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Webley was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*